**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Antonio MCNEELY, Defendant-Appellant.**

**No. 17-6512**

United States Court of Appeals, Fourth Circuit.

Submitted: August 24, 2017

Decided: August 29, 2017

Antonio McNeely, Appellant Pro Se. Benjamin M. Block, OFFICE OF THE UNITED STATES ATTORNEY, Debra Lynn Dwyer, Assistant United States Attorney, Michael Clayton Hanlon, Assistant United States Attorney, Christopher M. Mason, Special Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio McNeely appeals the district court's order granting reconsideration of the court's prior order denying McNeely's 18 U.S.C. § 3582(c)(2) (2012) motion and reducing McNeely's sentence pursuant to Amendment 782 to the U.S. Sentencing Guidelines Manual.* We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. McNeely*, No. 1:11-cr-00114-CCB-21 (D. Md. Mar. 23, 2017). We deny McNeely's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* Although the district court ultimately granted McNeely's § 3582(c)(2) motion, the reduction granted by the court did not reduce McNeely's sentence to the full extent he requested.